IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICTOF CALIFORNIA

| | |
|---|---|
| JANET CORBY,<br><br>        Plaintiff,<br><br>  v.<br><br>UNAM INSURANCE COMPANY OF AMERICA as Administrator and Fiduciary of the Wink Communications, Inc., Long Term Disability Plan, Wink Communications, Inc., Long Term Disability Plan and Wink Communications, Inc.<br><br>        Defendants.<br>_____/ | No. C 09-5890 WHA<br><br>**ORDER DENYING MODIFICATION OF CASE MANAGEMENT DEADLINES** |

The parties stipulate to continue the deadline of July 8, 2010, to file the administrative record and defendants' motion for summary judgment by 90 days, on the grounds that they have been unable to schedule mediation before the deadline. This deadline was set on April 1, 2010, at the initial case management conference. The parties' failure to schedule mediation within a three month window does not show good cause for such a lengthy continuance. The request to continue the July 8 deadline is therefore **DENIED**.

**IT IS SO ORDERED.**

Dated: June 21, 2010.

WILLIAM ALSUP
UNITED STATES DISTRICT JUDGE