1  **RIMAC MARTIN, P.C.**
   ANNA M. MARTIN - State Bar No.: 154279
2  KEVIN GILL – State Bar No.: 226819
   1051 Divisadero Street
3  San Francisco, CA 94115
   Telephone: (415) 561-8440
4  Facsimile: (415) 561-8430
   amartin@rimacmartin.com
5
   Attorneys for Defendant
6  UNUM LIFE INSURANCE COMPANY OF AMERICA;
   WINK COMMUNICATIONS LONG TERM DISABILITY
7  PLAN AND WINK COMMUNICATIONS, INC.

8  SCOTT KALKIN - State Bar No.: 120791
   **ROBOOSTOFF & KALKIN, P.C.**
9  359 Pine Street, Suite 820
   San Francisco, CA 94104
10 Telephone: (415) 732-0282
   Facsimile: (415) 732-0287
11 robokalk@earthlink.net

12 Attorneys for Plaintiff
   JANETTE CORBY
13

14                 **UNITED STATES DISTRICT COURT**

15                 **NORTHERN DISTRICT OF CALIFORNIA**

16

17 JANETTE CORBY,                              )   **CASE NO.: CV 09-05890 WHA**
                                               )
18         Plaintiff,                          )   STIPULATION AND ORDER TO
                                               )   CONTINUE DUE DATE FOR
19     v.                                      )   DEFENDANT'S MOTION FOR
                                               )   SUMMARY JUDGMENT DUE TO
20 UNUM LIFE INSURANCE COMPANY                 )   FAMILY MEDICAL EMERGENCY
   OF AMERICA as Administrator and             )
21 Fiduciary of the Wink Communications,       )   Original Due Date:   July 8, 2010
   Inc., Long Term Disability Plan, Wink       )   **Proposed Due Date: July 29, 2010**
22 Communications, Inc., Long Term             )   **Proposed Hrg. Date: September 9, 2010**
   Disablity Plan and Wink Communications,     )
23 Inc.                                        )
                                               )
24         Defendants.                         )
                                               )
25 _____)

26         Due to a family medical emergency, the parties hereby stipulate by and through their

27 respective counsel of record to continue the July 8, 2010 deadline for defendant to file a motion

28 for summary judgment to July 29, 2010.  In order to accommodate conflicts in counsel for

                                           -1-
**STIPULATION AND [PROPOSED] ORDER**                         **CASE NO.: CV-09-5890 WHA**

1  plaintiff's schedule, the parties stipulate to reset the corresponding hearing date for September 9,
2  2010.
3      GOOD CAUSE exists for this brief continuance as lead counsel for the defendants has
4  been responding to a family medical emergency.  Specifically, Ms. Martin's ten-year-old
5  daughter has been hospitalized since last Friday due to newly diagnosed Diabetes I, and is
6  expected to remain in the hospital through this Wednesday or Thursday.  The parties are hopeful
7  that this continuance should not interfere with the Court's schedule outside of this one due date
8  and hearing date.
9      The parties therefore respectfully request that the Court continue the due date for the
10 filing of the administrative record and for defendants' motion for summary judgment, such that
11 the record and moving papers **are now due July 29, 2010**, plaintiff's opposition papers are now
12 due on **August 19, 2010**, defendant's reply papers are now due on **August 26, 2010**, for hearing
13 on September 9, 2010.

14
15      SO STIPULATED.
16
17 DATED: July 6, 2010          RIMAC MARTIN, PC
18
19                              By:   /S/ **KEVIN GILL**
                                      KEVIN GILL
20                              Attorneys for Defendants UNUM LIFE INSURANCE
                                COMPANY OF AMERICA; WINK
21                              COMMUNICATIONS LONG TERM DISABILITY PLAN
                                AND WINK COMMUNICATIONS, INC.
22
23
24 DATED: July 6, 2010          ROBOOSTOFF & KALKIN, P.C.
25
26                              By::   /S/ **SCOTT KALKIN**
                                       SCOTT KALKIN
27                              Attorney for Plaintiff JANETTE CORBY
28

## [PROPOSED] ORDER

Good cause having been shown, the Court hereby continues the due date for defendants' motion for summary judgment and filing of the administrative record from July 8, 2010 to July 29, 2010. The hearing on defendants' motion for summary judgment and plaintiff's request for discovery is set for September 9, 2010.

SO ORDERED.

DATED: July 7, 2010

_____
THE HONORABLE WILLIAM ALSUP
UNITED STATES DISTRICT JUDGE

IT IS SO ORDERED
Judge William Alsup