| | |
|---|---|
| 1 | **RIMAC MARTIN P.C.** |
| 2 | ANNA A. MARTIN - State Bar No.: 154279 |
|   | 1051 Divisadero Street |
| 3 | San Francisco, CA 94115 |
|   | Telephone: (415) 561-8440 |
| 4 | Facsimile: (415) 561-8430 |
|   | amartin@rimacmartin.com |
| 5 | |
|   | Attorneys for Defendant |
| 6 | UNUM LIFE INSURANCE COMPANY |
|   | OF AMERICA; WINK COMMUNICATIONS LONG |
| 7 | TERM DISABILITY PLAN AND WINK COMMUNICATIONS, INC. |

SCOTT KALKIN - State Bar No.: 120791
**ROBOOSTOFF & KALKIN, P.C.**
359 Pine Street, Suite 820
San Francisco, CA 94104
Telephone: (415) 732-0282
Facsimile: (415) 732-0287
robokalk@earthlink.net

Attorneys for Plaintiff
JANETTE CORBY

## UNITED STATES DISTRICT COURT

## NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| JANETTE CORBY, | E-FILING |
| Plaintiff, | CASE NO. CV 09-05890 WHA |
| vs. | [~~PROPOSED~~] ORDER GRANTING PARTIES' JOINT MOTION TO FILE ADMINISTRATIVE RECORD UNDER SEAL [CIVIL LOCAL RULES 7-11, 7-12, 79-5] |
| UNUM LIFE INSURANCE COMPANY OF AMERICA as Administrator and Fiduciary of the Wink Communications, Inc., Long Term Disability Plan, Wink Communications, Inc., Long Term Disablity Plan and Wink Communications, Inc. | |
| Defendants. | The Hon. William H. Alsup |

Having reviewed the parties' Joint Motion and Stipulation to File Administrative Record

-1-

PARTIES JOINT MOTION TO FILE
ADMINISTRATIVE RECORD UNDER SEAL                                                  CASE NO. CV 09-05890 WHA

-2-

1  Under Seal, the Court grants the motion, and directs the Clerk of the Court to seal the
2  Administrative Record.
3
4  PURSUANT TO STIPULATION, IT IS SO ORDERED
5
6
7
8  Date:  July 7, 2010.
9        _____
       The Honorable
10      United States 
11
12

PARTIES JOINT MOTION TO FILE
ADMINISTRATIVE RECORD UNDER SEAL        CASE NO. CV 09-05890 WHA