IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICTOF CALIFORNIA

| | |
|---|---|
| JANET CORBY,<br><br>    Plaintiff,<br><br>  v.<br><br>UNAM INSURANCE COMPANY OF AMERICA as Administrator and Fiduciary of the Wink Communications, Inc., Long Term Disability Plan, Wink Communications, Inc., Long Term Disability Plan and Wink Communications, Inc.<br><br>    Defendants.<br>                                                 / | No. C 09-5890 WHA<br><br>**ORDER DENYING VACATION OF MEDIATION COMPLETION DEADLINE** |

       The deadline for the parties to complete mediation in this matter was July 8, 2010. This deadline was set on April 1, 2010, at the initial case management conference. Despite having a three month window to complete mediation, the parties failed to schedule mediation before the deadline. According to the parties' stipulation (Dkt. No. 40), this was due to their failure to seek to schedule mediation until June 15, 2010. They now belatedly seek to vacate the July 8 mediation deadline which is long past. For lack of good cause shown, the request is **DENIED**.

Because the parties failed to meet the mediation completion deadline, the Court has no choice but to extend it. The parties must complete mediation within **30 DAYS** from the date of this order.

**IT IS SO ORDERED.**

Dated: August 10, 2010.

WILLIAM ALSUP
UNITED STATES DISTRICT JUDGE