IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| JANETTE CORBY,<br><br>    Plaintiff,<br><br>  v.<br><br>UNAM INSURANCE COMPANY OF AMERICA as Administrator and Fiduciary of the Wink Communications, Inc., Long Term Disability Plan, Wink Communications, Inc., Long Term Disability Plan and Wink Communications, Inc.<br><br>    Defendants.<br>                                           / | No. C 09-5890 WHA<br><br>**ORDER TO SHOW CAUSE** |

     Defendants' motion for summary judgment in this matter was noticed for hearing on September 2, 2010. Pursuant to Civil Local Rule 7-3, any brief in opposition to defendants' motion was due on August 12, 2010, but no such opposition has been received. Plaintiff is ordered to respond by **AUGUST 18, 2010**, at **NOON**, and show cause for her failure to respond to the motion in accordance with Civil Local Rule 7-3(a) or alternatively to file a statement of nonopposition to the motion as required by Civil Local Rule 7-3(b). This order to show cause does not constitute permission to file a late opposition. If plaintiff fails to file a written

response to this order, the case shall be dismissed for failure to prosecute. The hearing on September 2, 2010, is **VACATED**. A new hearing shall be noticed by the Court if necessary.

**IT IS SO ORDERED.**

Dated: August 16, 2010.

WILLIAM ALSUP
UNITED STATES DISTRICT JUDGE