IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

JANETTE CORBY,

        Plaintiff,

  v.

UNAM INSURANCE COMPANY OF AMERICA as Administrator and Fiduciary of the Wink Communications, Inc., Long Term Disability Plan, Wink Communications, Inc., Long Term Disability Plan and Wink Communications, Inc.,

        Defendants.

                                              /

No. C 09-5890 WHA

**ORDER REGARDING PLAINTIFF'S RESPONSE TO THE ORDER TO SHOW CAUSE**

On August 16, 2010, an order to show cause was issued due to plaintiff's failure to file a timely opposition brief in response to defendants' pending motion for summary judgment that had been noticed for hearing on September 2, 2010 (Dkt. No. 42). Plaintiff has timely responded and the parties have also submitted a stipulation concerning plaintiff's missed deadline.

On July 8, 2010, an order of this Court both set the deadline for defendants' filing of a motion for summary judgment to July 29, 2010, and set a projected hearing date of September 9 concerning the same (Dkt. No. 24). Nevertheless, defendants' motion for summary judgment, when filed on July 29, noticed the hearing for September 2.

Plaintiff's response, and the parties' stipulation, now request that the Court return to the original briefing schedule, and ignore deadlines properly resulting from the noticed hearing date

of September 2. That request is **GRANTED**. Plaintiff must oppose defendants' motion by **NOON ON AUGUST 19, 2010**. Defendants must reply by **NOON ON AUGUST 26, 2010**. A new hearing on the motion is noticed for **8:00 A.M. ON SEPTEMBER 16, 2010.** The parties shall note the deviation of this hearing date from the one anticipated.

**IT IS SO ORDERED.**

Dated: August 17, 2010.

WILLIAM ALSUP
UNITED STATES DISTRICT JUDGE